# EXHIBIT C





Lyme / Vaccines

## What happened to the Lyme vaccine?

You can vaccinate your dog against Lyme disease, but there's no vaccine for humans. Why?

Scott Gavura / October 4, 2018

Lyme / Politics and Regulation

## More Political Science: Proposed laws protect "Lyme literate" doctors from discipline

"Lyme literate" doctors are scamming patients out of thousands of dollars with needless long-term antibiotics based on a fake diagnosis of "chronic Lyme." So why are state legislators trying to protect these doctors from discipline and make insurers pay for unnecessary treatments?

Jann Bellamy / March 15, 2018

Categories

- Acupuncture
- Announcements

