AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DANIEL CAMERON M.D.<br><br>*Plaintiff(s)*<br>v.<br><br>JANN BELLAMY M.D.; DAVID H. GORSKI M.D.; STEVEN NOVELLA M.D.; KIMBALL C. ATWOOD IV M.D.; HARRIET HALL M.D.; MARK A. CRISLIP M.D.,<br><br>*Defendant(s)* | Civil Action No. 7:18-10395 *(cv)* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID H. GORSKI M.D.
Serve at
4100 John R. Street, Detroit MI 48201


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JACQUES G SIMON, ESQ.,
100 JERICHO QUADRANGE, SUITE 208
JERICHO, NY 11753
PH: 516-378-8400
email: jgs@jacquessimon.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 9, 2018

/S/ S. James
*Signature of Clerk or Deputy Clerk*

Case 7:18-cv-10395   Document 12   Filed 11/09/18   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:18-10395

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dr. David H. Gorski MD
was received by me on *(date)* 11-16-2018

☐ I personally served the summons on the individual at *(place)* 4100 John R St. Detroit, Mi
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
Gwen Wright RN Assistant to, a person of suitable age and discretion who resides there,
on *(date)* 11-19-18 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11-19-18

*Server's signature*

Jerry Rosner Process Server
*Printed name and title*

18640 Mack Ave Detroit, Mi. 48230
*Server's address*   Suite 611

Additional information regarding attempted service, etc: