AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

DANIEL CAMERON M.D.

)
)
)
)
)
Plaintiff(s)
)
v.                                                  )   Civil Action No. 7:18-10395 (CV)
)
JANN BELLAMY M.D.; DAVID H. GORSKI M.D.; STEVEN     )
NOVELLA M.D.; KIMBALL C. ATWOOD IV M.D.; HARRIET    )
HALL M.D.; MARK A. CRISLIP M.D.,                    )
)
Defendant(s)                                        )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STEVEN NOVELLA M.D.
Serve at:
333 Cedar Street, New Haven, CT 06510
or 800 Howard Ave, New Haven, CT 06519.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JACQUES G SIMON, ESQ.,
100 JERICHO QUADRANGE, SUITE 208
JERICHO, NY 11753
PH: 516-378-8400
email: jgs@jacquessimon.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 9, 2018                          /S/ S. James
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:18-10395

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __STEVEN NOUCHA M.D.__
was received by me on *(date)* __November 19, 2018__

☒ I personally served the summons on the individual at *(place)* __64 Cobblestone DR Hamden, CT 06518__ on *(date)* __November 26, 2018__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __60.00__ for travel and $ __125.00__ for services, for a total of $ __$185.00__  0.00  ARG

I declare under penalty of perjury that this information is true.

Date: __November 26, 2018__

_Robert L Green_
Server's signature

_Robert L Green, CT State Marshal #433_
Printed name and title

_91 Westfort Drive, Meriden, CT 06451-3657_
Server's address

Additional information regarding attempted service, etc: