UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DANIEL CAMERON, M.D.,
          Plaintiff,

v.

JANN BELLAMY; DAVID H. GORSKI,
M.D.; STEVEN NOVELLA, M.D.; KIMBALL
C. ATWOOD, IV, M.D.; HARRIET HALL,
M.D.; and MARK CRISLIP, M.D.,
          Defendants.
--------------------------------------------------------------x



**ORDER**

18 CV 10395 (VB)

      On November 8, 2018, plaintiff filed a complaint against defendants Bellamy, Gorski, Novella, Atwood, Hall, and Crislip. (Doc. #1).

      On January 8 and 9, 2019, defendants Novella, Gorski, and Hall separately moved to dismiss the complaint. (Docs. #48, 52, 53).

      In addition, defendant Crislip's response is due by January 15, 2019; defendant Atwood's response is due by January 17, 2019; and defendant Bellamy response is due by January 18, 2019.

      Accordingly, it is hereby ORDERED that, by no later than January 28, 2019, plaintiff must notify the Court by letter, with copies simultaneously delivered to all counsel, whether (i) he intends to file an amended complaint in response to any of the defendants' motions to dismiss, or (ii) he will rely on the complaint that is the subject of the motions to dismiss.

      If plaintiff elects not to file an amended complaint, the motions will proceed in the regular course and the Court is unlikely to grant plaintiff another opportunity to amend to address any purported deficiencies alleged in defendants' motions. If plaintiff elects not to amend, plaintiff shall file **<u>a single opposition</u>** by February 1, 2019, to all defendants' motions to dismiss, including defendants Novella, Gorski, and Hall as well as any other defendant who

moves to dismiss. Defendants' reply papers, if any, will due by February 8, 2019.

If plaintiff decides to file an amended complaint, he must file the amended complaint by no later than fourteen days after notifying the Court of his intent to do so. Each defendant may then either (i) file an answer to the amended complaint, (ii) file a motion to dismiss the amended complaint, or (iii) notify the Court by letter, with copies simultaneously delivered to all counsel, that the defendant is relying on the initially filed motion to dismiss. If a defendant chooses to file an answer to or motion to dismiss the amended complaint, the time to do so shall be governed by the Federal Rules of Civil Procedure, unless otherwise ordered by the Court.

Dated: January 10, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge