*Jacques G. Simon*
*Attorney at Law*

———

*email: jgs@jacquessimon.com*
*url: jacquessimon.com*

| | | |
|---|---|---|
| **New York City Offices** | | **Long Island, NY Offices** |
| 747 Third Avenue, | | 100 Jericho Quadrangle, |
| 2nd Floor | * Bar Admissions: NY, CT, GA. TX, DC | Suite #208 |
| New York, New York 10016 | | Jericho, NY 11753 |
| Telephone: (212) 906-9077 | Respond to ☐NY ☐LI | Telephone: (516)378-8400 |
| Facsimile: (212) 906-0010 | | Facsimile: (516)378-2700 |

January 23, 2019

VIA ECF/CM FILING
Hon. Vincent L. Bricetti, UDJ
US District Court SDNY
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

                Re: *Cameron v. Gorski et.al. Case No. 7:18-cv-10395 (VB)*
                Plaintiff's Letter Response to Court Order dated 1/10/19

Dear Judge Bricetti:

      I represent the plaintiff with respect to the above referenced matter. On January 10, 2019 this Court issued an order - Docket entry No. 55- directing the Plaintiff to notify the Court by letter no later than January 28, 2019, with copies simultaneously delivered to all counsel, whether (i) he intends to file an amended complaint in response to any of defendants' motions to dismiss or (ii) he will rely on the complaint that is the subject of the motions to dismiss.

      The order further provides that in the event that the Plaintiff decides to file an amended complaint, he must file the amended complaint by no later than fourteen days after notifying the Court of his intent to do so.

1

      The order further provides for the procedural order in which the case will proceed after the filing of the Amended Complaint.

      By this letter, the Plaintiff hereby advises the Court that he intends to file an amended complaint addressing the issues raised in the motions to dismiss. In accordance with the Court Order of January 10, 2019, the Amended Complaint will be filed within 14 days from the date hereof, namely no later than February 6, 2019.

      Respectfully submitted
/s/Jacques G. Simon
Jacques G. Simon, Esq.,
SDNY Bar No.: JS 9212
100 Jericho Quadrangle Suite 208
Jericho, NY 11753
Phone: (516)378-8400
Fax:(516)378-2700
Email: jgs@jacquessimon.com

Attorney for the Plaintiff

c.c.: All defendants' counsel via CM/ECF