UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DANIEL CAMERON M.D.

                          Plaintiff,

      -against-

JANN BELLAMY M.D., DAVID H. GORSKI M.D.,
STEVEN NOVELLA M.D., KIMBALL C. ATWOOD IV
M.D., HARRIET HALL M.D., MARK A. CRISLIP M.D.,

                          Defendants.
------------------------------------------------------------------ X

Case No.: 7:18-cv-10395(VB)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed declaration with exhibits annexed thereto, and accompanying Memorandum of Law of Sasha R. Grandison, defendant JANN BELLAMY i/s/h/a JANN BELLAMY M.D. will move this court before the Hon. Vincent Briccetti, United States District Judge, at the United States Courthouse, 300 Quarraposa Street, White Plains, New York on a day and time to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(2) and (6) for dismissal of plaintiff's Complaint for failure to state a cause of action, lack of personal jurisdiction, for an award of attorney's fees and costs, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 11, 2019

                                         Respectfully submitted,

                               By: _____
                                      Sasha R. Grandison (SG1023)
                                      Wilson, Elser, Moskowitz, Edelman & Dicker LLP
                                      *Attorneys for Jann Bellamy i/s/h/a Jann Bellamy M.D.*
                                      150 East 42nd Street

9543626v.1

New York, New York 10017-5639
(212) 490-3000
File: 17163.00004
Sasha.Grandison@wilsonelser.com

9543626v.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on January _____, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and accurate copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

By: _____
Sasha R. Grandison (SG1023)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
*Attorneys for Jann Bellamy i/s/h/a Jann Bellamy M.D.*
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
File: 17163.00004
Sasha.Grandison@wilsonelser.com

9543626v.1