USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/2019

1  UNITED STATES DISTRICT COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  ----------------------------------------------------x
4  DANIEL CAMERON, M.D.,                          :     Case No:  7:18-cv-10395 (VB)
                                                         + ORDER
5           Plaintiff,                            :     STIPULATION OF VOLUNTARY
                                                         DISMISSAL OF DEFENDANT MARK
6       v.                                        :     CRISLIP M.D WITHOUT PREJUDICE
7  JANN BELLAMY; DAVID H. GORSKI,                 :
   M.D.; STEVEN NOVELLA, M.D.;                    :
8  KIMBALL C. ATWOOD, IV, M.D.;                   :
   HARRIET HALL, M.D.; and MARK                   :
9  CRISLIP, M.D.,                                 :
10          Defendants.                           :
   ----------------------------------------------------x

It is hereby stipulated by and between the undersigned attorneys for the Plaintiff and

defendant   Mark Crislip M.D. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Daniel

Cameron, M.D., by and through undersigned counsel, that the foregoing action against  Defendant

Mark Crislip M.D., in the above-captioned matter be and hereby is discontinued without prejudice

upon the foliing agreed terms:

(a)     Plaintiff shall have the right to file a motion to re-join defendant Dr. Crislip in  this

        action upon discovery of facts which were not disclosed in said defendant's papers

        filed in support of his motion to dismiss which would show that Dr. Crislip  was

        involved with the writing, editing, or publishing of the articles identified as Exhibits

        "A" and "C" through "D" in defendant Jann Bellamy's affidavit in support of motion

        to dismiss dated March 11, 2019 (Dkt. No. 83).  Notwithstanding the foregoing,

        Plaintiff shall not file a motion to re-join Dr. Crislip as a defendant in the absence

        of obtaining evidence in support of such motion sufficient to demonstrate that Dr.

        Crislip is an "information content provider" within the meaning of 47 U.S.C. §

        230(f)(3), which shall not consist solely of evidence of his general role relative to

the Science-Based Medicine blog, but rather is evidence specific to the articles articles identified in the Bellamy affidaviut and in the Amended complaint.

(b)   The parties shall bear their own costs and attorneys fees and Defendant's claims for damages and attorneys fees raised in the motion to dismiss and in any papers filed heretofore are hereby discontinued and voluntarily dismissed.  Notwithstanding the foregoing, in the event Plaintiff files a motion to re-join Dr. Crislip as a defendant or files a new suit against Dr. Crislip in this or any other court on the basis of the facts and transactions alleged in the Complaint and/or the Amended Complaint, Dr. Crislip shall not be precluded from raising or reasserting his claim for attorneys' fees and costs as previously raised in this action or otherwise.

Dated: April 19, 2019

Respectfully submitted,

/s/ Jacques G. Simon
Jacques G. Simon
SDNY Bar No. JS 9212
100 Jericho Quadrangle, Suite 208
Jericho, NY 11753
Phone:  (516) 378-8400
Fax:  (516) 378-2700
Email: jgs@jacquessimon.com

Attorney for Plaintiff Daniel Cameron, M.D.

SO ORDERED:

_____
Hon. Vincent L. Briccetti
United States District Judge
April 22, 2019

Attorneys for Defendant,
Mark Crislip M.D.

/s/ Kevin Conklin, Esq.
Kevin Conklin, Esq.
Mead, Hecht, Conklin & Gallagher, LLP
925 Westchester Avenue – Suite 302
White Plains, New York 10604
T(914) 899-3100
F(914) 899-3101
Email: kconklin@mhcglaw.com

2

STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT MARK CRISLIP, M.D.